IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EPIFANIO FLORES-NAVA,                                    CV. 05-794-JE

        Petitioner,                                  ORDER

    v.

JEAN HILL,

        Respondent.

BROWN, District Judge.

    Petitioner moves to voluntarily dismiss his 28 U.S.C. § 2254 habeas corpus case. Petitioner's Motion for Voluntary Dismissal (#38) is GRANTED.

    IT IS SO ORDERED.

    DATED this  2nd  day of February, 2007.

                                    /s/ Anna J. Brown
                                    Anna J. Brown
                                    United States District Judge

1 - ORDER